AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| The Marshall Tucker Band, Inc. and Doug Gray<br>*Plaintiffs*<br>v.<br>M T Industries Inc. and Ron Rainey,<br>*Defendants,* | Civil Action No.   7:16-cv-00420-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the defendants' motion to dismiss is granted and plaintiffs' claims are dismissed with prejudice. Plaintiffs' remaining state law claims are dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis.

Date:   March 1, 2017                                           ROBIN L. BLUME, CLERK OF COURT

                                                                                    s/Ashley Buckingham
                                                                         *Signature of Clerk or Deputy Clerk*