# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| The Marshall Tucker Band, Inc. and Doug Gray<br><br>*Plaintiffs*<br><br>v.<br><br>M T Industries Inc. and Ron Rainey,<br><br>*Defendants,* | )<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.   7:16-cv-00420-MGL |

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the defendants' motion to dismiss is granted and Plaintiffs' federal trademark infringement and trademark dilution claims are DISMISSED WITH PREJUDICE, whereas Plaintiffs' federal declaratory judgment and trademark cancellation claims and state law claims are DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:
❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis.

Date:   April 25, 2017                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                        s/Ashley Buckingham
                                                                       *Signature of Clerk or Deputy Clerk*